IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAN BUNKERING (AMERICA) INC.** | § | **CIV. ACTION NO.1:19-cv-395-HSO-JCG** |
| | § | **DISTRICT JUDGE OZERDEN** |
| | § | **MAGISTRATE JUDGE GARGIULO** |
| **Versus** | § | |
| **NOR GOLIATH** *in rem* | § | |
| **GOLIATH OFFSHORE HOLDING** | § | |
| **PRIVATE LIMITED** *in personam* | § | |
| **EPIC COMPANIES, LLC** *in personam* | § | |
| **EPIC APPLIED TECHNOLOGIES,** | § | |
| **LLC** *in personam* | § | |

## ORDER

Considering the foregoing Motion to Permit Cargo and Repair Operations and Movement of Vessel;

IT IS ORDERED that the United States Marshal for the Southern District of Mississippi be and hereby is directed and authorized to permit repairs and cargo operations to continue aboard the NOR GOLIATH ("the Vessel"), while the Vessel is under arrest, and to permit movement or shifting of the NOR GOLIATH from the location where the Vessel is arrested to such other berth or anchorage located within the jurisdiction of this Court, all while continuing to remain in the Marshal's custody.

Plaintiff has agreed to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom

they are responsible, from any and all liability or responsibility for claims arising out of the movement of the Vessel and/or arising out of the cargo loading/unloading operations of the Vessel.

Gulfport, Mississippi, this 17th day of July, 2019.

*s/* *John C. Gargiulo*
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ *G. Robert Parrott II*
G. Robert Parrott II
(MSB No. 103970)
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:  504-585-0336
Facsimile:  504-553-9776
robert.parrott@arlaw.com
*Attorneys for Dan Bunkering (America) Inc.*