IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAN BUNKERING (AMERICA) INC.** | § | **CASE NO. 1:19cv395 HSO-JCG** |
| | § | |
| | § | |
| | § | |
| | § | |
| **Versus** | § | |
| **NOR GOLIATH** *in rem* | § | |
| **GOLIATH OFFSHORE HOLDING** | § | |
| **PRIVATE LIMTED** *in personam* | § | |
| **EPIC COMPANIES, LLC** *in personam* | § | |
| **EPIC APPLIED TECHNOLOGIES,** | § | |
| **LLC** *in personam* | § | |

### WARRANT FOR ARREEST IN REM, L.A.R. C2(a)

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

The complaint in the above-styled *in rem* proceeding was filed in the Southern Division of this Court on July 16, 2019.

In accordance with FRCP Supplemental Rule C and L.A.R. C2(a), you are directed both to arrest the defendant vessel, the M/V NOR GOLIATH, official number 9396933, her tackle, apparel, furniture, engines and appurtenances, should you find her within this district, and to detain her in your custody pending further order of the court.

You must give notice of the arrest to all persons upon whom notice is required by FRCP Supplemental Rule C(4), L.A.R. C(4), as designated below by the plaintiff and the practices of your office.

**Notice to:**
Master, M/V NOR GOLIATH, official number 9396933
Now lying afloat at the Port of Gulfport, Mississippi
1000 30th Avenue, South Extension
West Pier Terminal
Gulfport, Mississippi 39501

**SO ORDERED**, at Gulfport, Mississippi, this 17th day of July, 2019.

ARTHUR JOHNSTON, Clerk

By: _____
   DEPUTY CLERK

G. Robert Parrott II (MSB No. 103970)
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:    504-585-0336
Facsimile:    504-553-9776
robert.parrott@arlaw.com
*Attorney for Dan Bunkering (America) Inc.*